**Order entered June 30, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00407-CV

**ACADEMIC PARTNERSHIPS, LLC, Appellant**

**V.**

**ZOE BRISENO, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-10483**

### ORDER

Before the Court is appellant's June 28, 2021 opposed motion for a two-week extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief be filed no later than July 15, 2021.

/s/     CRAIG SMITH
        JUSTICE